Lori A. Reihl, Esq., Bar No 246395
Curtis E. Jimerson, Esq., Bar No. 232054
Christopher J. Clark, Esq., Bar No. 346464
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
2800 W. March Lane, Suite 300
Stockton, CA  95219
Telephone: (209) 473-8732
Facsimile:  (209) 957-9165
lreihl@mrrjlaw.com; cjimerson@mrrjlaw.com
cclark@mrrjlaw.com; service@mrrjlaw.com

Attorneys for Defendants
COUNTY OF SAN JOAQUIN; PETER DEVENCENZI
AND GENEVIEVE VALLOTTON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL LOPEZ<br><br>          Plaintiff(s),<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN, a California municipal corporation; CITY OF STOCKTON, a California municipal corporation; PETER DEVENCENZI; GENEVIEVE VALLOTTON, PHIRUN VAR<br><br>          Defendant(s). | Case No. 2:25-CV-01792-WBS-CSK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS COUNTY OF SAN JOAQUIN, PETER DEVENCENZI AND GENEVIEVE VALLOTTON TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Plaintiff EMMANUEL LOPEZ ("Plaintiff"), and defendants COUNTY OF SAN JOAQUIN, PETER DEVENCENZI, and GENEVIEVE VALLOTTON, ("Defendants"), by and through their undersigned counsel of record, stipulate and agree to extend the time for defendants COUNTY OF SAN JOAQUIN, PETER DEVENCENZI, and GENEVIEVE VALLOTTON to respond to Plaintiff's First Amended Complaint (ECF, 18), as follows:

1. Plaintiff filed a First Amended Complaint on December 29, 2025 (ECF, 18), following the order granting defendants' Motion to Dismiss (ECF, 16) to plaintiff's initial complaint in this action;

2. Defendants COUNTY OF SAN JOAQUIN, PETER DEVENCENZI, and GENEVIEVE

1  VALLOTTON's current deadline to respond to the First Amended Complaint is January 12, 2026;

2      3.  For purposes of efficiency and judicial economy Plaintiff and Defendants COUNTY OF
3  SAN JOAQUIN, PETER DEVENCENZI, and GENEVIEVE VALLOTTON, by and through their
4  undersigned counsel of record, have agreed to extend Defendants' time to respond to Plaintiff's
5  First Amended Complaint by 60 days to, March 13, 2026.  Counsel for the parties to this stipulation
6  are informed and believe that plaintiff Emmanuel Lopez has passed away.   Counsel for plaintiff is
7  in the process of contacting next of kin and preparing a Suggestion of Death pursuant to FRCP 25.
8  This extension will allow time for counsel and the parties to determine if this case will be dismissed
9  or for a motion for substitution to be prepared and heard, before responsive pleadings are due to the
10 First Amended Complaint.

11     4.  There have not been any prior requests for extensions submitted by these defendants.

12     5.  The parties, therefore, stipulate and agree that defendants COUNTY OF SAN
13 JOAQUIN, PETER DEVENCENZI, and GENEVIEVE VALLOTTON's deadline to file their
14 response to the Complaint is extended to, and including, March 13, 2026.

15
16 IT IS SO STIPULATED AND AGREED.

17 Dated: January 5, 2026                                SMITH LAW FIRM

18
19                                                     By:  /s/ Craig Smith
20                                                          Craig R. Smith, Esq.
                                                            Attorney For Plaintiff
21                                                          EMMANUEL LOPEZ

22 Dated: January 5, 2026                                MORDAUNT, ROUNDY, REIHL & JIMERSON

23
24                                                     By:  /s/ Lori Reihl
25                                                          Lori A. Reihl, Esq.
                                                            Attorneys for Defendants
26                                                          COUNTY OF SAN JOAQUIN, PETER
                                                            DEVENCENZI AND GENEVIEVE
27                                                          VALLOTTON
28

Mordaunt, Roundy,
Reihl & Jimerson
2800 W. March Lane,
Suite 300
Stockton, CA 95219
(209) 473-8732

2

STIPULATION TO EXTEND TIME FOR DEFENDANTS COUNTY OF SAN JOAQUIN, PETER DEVENCENZI
AND GENEVIEVE VALLOTTON TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

**ORDER**

GOOD CAUSE APPEARING THEREFORE, and pursuant to the stipulation of the parties, the Stipulation to Extend Time for Defendants COUNTY OF SAN JOAQUIN, PETER DEVENCENZI, and GENEVIEVE VALLOTTON to respond to Plaintiff's First Amended Complaint is APPROVED.

IT IS HEREBY ORDERED that defendants COUNTY OF SAN JOAQUIN, PETER DEVENCENZI, and GENEVIEVE VALLOTTON's deadline to file their response to the Complaint is extended to, and including, March 13, 2026.

Dated: January 6, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Mordaunt, Roundy, Reihl & Jimerson
2800 W. March Lane, Suite 300
Stockton, CA 95219
(209) 473-8732

3

STIPULATION TO EXTEND TIME FOR DEFENDANTS COUNTY OF SAN JOAQUIN, PETER DEVENCENZI AND GENEVIEVE VALLOTTON TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT