UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

EMMANUEL LOPEZ,

Plaintiff,

vs.

COUNTY OF SAN JOAQUIN, a California municipal corporation; CITY OF STOCKTON, a California municipal corporation; PETER DEVENCENZI; GENEVIEVE VALLOTTON; PHIRUN VAR,

Defendants.

Case No. 2:25-cv-01792-WBS-CSK
*[Hon. William B. Shubb, Dist. Judge; Hon. Chi Soo Kim, M. Judge]*

**ORDER GRANTING STIPULATION AND JOINT REQUEST FOR ORDER CONTINUING FEBRUARY 23, 2026 RULE 16 SCHEDULING CONFERENCE**

*Filed Concurrently with Stipulation and Joint Request for Continuance*

Complaint Filed:   June 26, 2025
FAC Filed:          December 29, 2025
Trial Date:          None Set

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including, but not limited to, the Court's authority under all applicable statutes and rules, after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. The Court hereby Orders that the **Scheduling Conference** is continued from February 23, 2026 at 1:30 p.m. to **May 18, 2026 at 1:30 p.m.**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

170112205.1

1

2.    All deadlines, including the deadline for the Parties' Rule 26(f) Conference and the filing of the Joint Schedule Report, will be based on this new Scheduling Conference date.

**IT IS SO ORDERED.**

Dated:  January 22, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW